**Dated: July 06, 2026**
**The following is ORDERED:**

_____
**M. Ruthie Hagan**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| In re | |
| **Ryan Hromyak** | Case No. 26-20655 |
| Debtor | Chapter 7 |

**First National Bank of Omaha,**
    Plaintiff,

v.                                                                          Adv. Proc. No. 26-00041

**Ryan Hromyak,**
    Defendant.

### SUA SPONTE ORDER AND NOTICE OF HEARING

It has come to the Court's attention that this adversary proceeding was commenced on May

8, 2026, and the Plaintiff's counsel of record is Mr. Cory Rooney, Esq., with an office address of

P. O. Box 382, 68101, Omaha, Nebraska 68101.  The Court hereby orders Plaintiff's attorney  to

appear and show cause on **Wednesday, July 8, 2026** at **10:30 a.m**., at the United States

Bankruptcy Court, 200 Jefferson, Courtroom 680, Memphis, Tennessee, as to why a motion to

appear pro hac vice has not been filed by the responsible party.

The Bankruptcy Court Clerk is hereby directed to send a copy of this Order and Notice of

hearing to the parties listed below.


cc:

Mr. Ryan Hromyak
240 Madison Avenue, Apt. 502
Memphis, TN 38103

Mr. Cory Rooney, Esq.
P. O. Box 382
68101
Omaha, NE 68101

First National Bank of Omaha
1620 Dodge St.
Stop Code 3105
Omaha, NE 68192

Mr. Bryan Matthew Glass, Esq.
Chapter 7 Trustee
4646 Poplar Avenue, Suite 509
Memphis, TN 38117

United States Trustee
Office of the United States Trustee
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, TN 38103