**Dated: July 06, 2026**
**The following is ORDERED:**

_____
**M. Ruthie Hagan**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

In re
**Ryan Hromyak**                                                     Case No. 26-20655
Debtor                                                                    Chapter 7

---

**First National Bank of Omaha,**
        Plaintiff,

v.                                                                         Adv. Proc. No. 26-00041

**Ryan Hromyak,**
        Defendant.

---

**SUA SPONTE ORDER AND NOTICE OF HEARING**

---

It has come to the Court's attention that this adversary proceeding was commenced on May

8, 2026, and the Plaintiff's counsel of record is Mr. Cory Rooney, Esq., with an office address of

1

P. O. Box 382, 68101, Omaha, Nebraska 68101. The Court hereby orders Plaintiff's attorney to appear and show cause on **Wednesday, July 8, 2026** at **10:30 a.m**., at the United States Bankruptcy Court, 200 Jefferson, Courtroom 680, Memphis, Tennessee, as to why a motion to appear pro hac vice has not been filed by the responsible party.

The Bankruptcy Court Clerk is hereby directed to send a copy of this Order and Notice of hearing to the parties listed below.

cc:

Mr. Ryan Hromyak
240 Madison Avenue, Apt. 502
Memphis, TN 38103

Mr. Cory Rooney, Esq.
P. O. Box 382
68101
Omaha, NE 68101

First National Bank of Omaha
1620 Dodge St.
Stop Code 3105
Omaha, NE 68192

Mr. Bryan Matthew Glass, Esq.
Chapter 7 Trustee
4646 Poplar Avenue, Suite 509
Memphis, TN 38117

United States Trustee
Office of the United States Trustee
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, TN 38103

United States Bankruptcy Court

Western District of Tennessee

First National Bank of Omaha,

    Plaintiff

Hromyak,

    Defendant

Adv. Proc. No. 26-00041-mrh

# CERTIFICATE OF NOTICE

| District/off: 0651-2 | User: ao1492bnc | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: pdford02 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| | + Mr. Bryan Matthew Glass, Esq., Chapter 7 Trustee, 4646 Poplar Avenue, Suite 509, Memphis, TN 38117-4435 |
| dft | + Ryan Hromyak, 240 Madison Ave, Apt 502, Memphis, TN 38103-2769 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion08.me.ecf@usdoj.gov | Jul 07 2026 23:50:00 | U.S. Trustee, Office of the U.S. Trustee, One Memphis Place, 200 Jefferson Avenue, Suite 400, Memphis, TN 38103-2383 |
| pla | + Email/Text: collecadminbankruptcy@fnni.com | Jul 07 2026 23:49:00 | First National Bank of Omaha, 1620 Dodge St, Stop Code 3105, Omaha, NE 68192 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026　　　　　　　　　　Signature:　　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Rooney | |
| | on behalf of Plaintiff First National Bank of Omaha rooneylaw@outlook.com |

District/off: 0651-2                                    User: ao1492bnc                                    Page 2 of 2
Date Rcvd: Jul 07, 2026                                 Form ID: pdford02                                  Total Noticed: 4

TOTAL: 1