UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
(Memphis)

IN RE:

Ryan Hromyak,

                    Debtor.

First National Bank of Omaha,

                    Plaintiff,

         v.

Ryan Hromyak,

                Defendant.

Case No.  26-20655

Chapter  7

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED

JUL 15 2026

JASON L. KADZBAN
CLERK OF COURT
WESTERN DISTRICT OF TENN.

A.P.  No. 26-00041

Hon. Judge Hagan

## JOINT NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, First National Bank of Omaha and Defendant, Ryan Hromyak, and provide Notice to the Court that pursuant to Fed. R. Civ. P. 41 made applicable by Bankruptcy Rule 7041 they agree to dismiss this pending adversary with prejudice.

Dated:    July 13, 2026

                            FIRST NATIONAL BANK OF OMAHA

                            By:  /s/  Cory J. Rooney
                            Cory J. Rooney, Esq.
                            P.O. Box 382
                            Omaha, NE  68101
                            Phone: 402.933-9865
                            Email: rooneylaw@outlook.com
                            Attorney For Plaintiff

By: _____  Dated: July 15th, 2026

Ryan Hromyak
240 Madison Ave
Apt 502
Memphis, TN 38103

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of July 2026, he filed the foregoing Joint Dismissal with the Clerk of Court via the Court's CM/ECF system, and sent electronic notification to:

/s/ Cory J. Rooney