## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

In re:
Ryan Hromyak

Case No.   26–20655

Debtor

# NOTICE OF ENTRY OF JUDGMENT

## On 7/15/2026, the following order was entered:

Debtor
Debtor's Attorney
Creditor
Trustee

*7* – Joint Notice of Dismissal With Prejudice Filed by Cory Rooney on behalf of Plaintiff First National Bank of Omaha . (pam)



Jason Kadzban
Clerk of the Bankruptcy Court


By:  Patricia McGee
_____
Deputy Clerk


Date:  July 15, 2026

[bknej1620]12/2015