UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED

JUL 15 2026

JASON L. KADZBAN
CLERK OF COURT
WESTERN DISTRICT OF TENN.

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE
### (MEMPHIS)

| | |
|---|---|
| IN RE:<br>**RYAN HROMYAK,**<br>*Debtor.* | Case No. 26-20655<br><br>Chapter 7 |
| **FIRST NATIONAL BANK OF OMAHA,**<br>*Plaintiff,*<br>v.<br>**RYAN HROMYAK,**<br>*Defendant.* | A.P. No. 26-00041<br><br>Hon. M. Ruthie Hagan |

### DEFENDANT'S CERTIFICATE OF FILING AND SERVICE

I, Ryan Hromyak, Defendant in the above-captioned adversary proceeding, appearing pro se, certify that on the 15th day of July, 2026, I filed with the Clerk of Court the parties' JOINT NOTICE OF DISMISSAL WITH PREJUDICE, executed by counsel for Plaintiff on July 13, 2026 and by Defendant on July 15, 2026, and that on the same day I served a true and correct copy of the executed Joint Notice upon counsel for Plaintiff by electronic mail (rooneylaw@outlook.com) and by USPS First-Class Mail, postage prepaid, addressed as follows:

Cory J. Rooney, Esq.
P. O. Box 382
Omaha, NE 68101

Dated: July 15th, 2026

X _____

Ryan Hromyak, Defendant, Pro Se
240 Madison Ave, Apt 502
Memphis, TN 38103
805-458-1413
ryanhromyak@gmail.com